UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *Plaintiff*, v. NATIONAL PARK SERVICE *Defendant*. | CIVIL ACTION NO. **23-03690 (RDM)** |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

In a Minute Order on April 22, 2024, the Court ordered the parties to appear for an initial scheduling conference on May 31, 2024 at 10 a.m. in Courtroom 8. Attorney for Plaintiff will be traveling out of state on that day for a family wedding, and attorney for Defendant also happens to be unavailable on that day.

The parties therefore jointly request that the Court reschedule the status conference. Both counsel are generally available in the near future except that attorney for Plaintiff is not available on May 20, June 10-14, or July 3-7.

Since well before Defendant filed its Answer, ECF No. 11, the parties have been actively engaged in cooperative discussions regarding NPS's response to PEER's requests. NPS has completed its response for two of the three National Parks at issue, and parties are working through questions about them. Thus, if the Court prefers to cancel the scheduling conference rather than postpone it, the parties have no objection.

Wherefore, the parties respectfully request that the Court adopt their proposal to postpone or cancel the initial scheduling conference in this case. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a

welcome if the Court prefers.

May 13, 2024                             Respectfully submitted,

                                          */s/ Laura Dumais*
                                          Laura Dumais, DC Bar # 1024007
                                          Public Employees for Environmental Responsibility
                                          962 Wayne Ave., Suite 610
                                          Silver Spring, MD 20910
                                          Tel: (202) 265-7337
                                          ldumais@peer.org

                                          *Counsel for Plaintiff*


                                          MATTHEW M. GRAVES, D.C. Bar #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division

                                          By:   */s/ L'Shaunteé J. Robertson*
                                          L'SHAUNTEE J. ROBERTSON
                                          Assistant United States Attorney
                                          601 D Street, NW
                                          Washington, DC 20530
                                          (202) 252-1729

                                          *Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *Plaintiff*, v. NATIONAL PARK SERVICE *Defendant.* | CIVIL ACTION NO. **23-03690 (RDM)** |

# **ORDER**

After considering this motion, the record herein, and applicable law, it is this ____ day of _____, 2024, hereby

**ORDERED**, that the parties' joint proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the initial scheduling conference that had been calendared for May 31, 2024 is hereby _____.

_____
HON. RANDOLPH MOSS
UNITED STATES DISTRICT JUDGE