UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL PARK SERVICE <br><br> *Defendant.* | CIVIL ACTION NO. **23-03690 (RDM)** |

## JOINT STATUS REPORT

Pursuant to the Court's April 22, 2024 Minute Order, Plaintiff Public Employees for Environmental Responsibility ("PEER") and Defendant National Park Service ("NPS"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the progress in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiff brought this action under FOIA to obtain records it had requested in several separate FOIA requests submitted between 2020 and 2023 regarding three National Park Service units: Glacier, Zion, and Bryce Canyon National Parks. *See* Complaint ¶ 2. At the time it filed this lawsuit, PEER had received some responsive documents for the Glacier National Park request, but none for the other two. Per the Court's Minute Order referenced above, the parties provide the following updates:

(1) ***Any documents still to be produced pursuant to FOIA***: NPS has made substantial progress since PEER filed this lawsuit. On April 12, 2024, it provided its fourth and final response on PEER's Glacier National Park request (NPS-2021-00138) and its second and final response on PEER's Bryce Canyon National Park request (NPS-2023-003505). The Parties are working through some questions on these two requests, so there may be some

additional documents. NPS is gathering the responsive documents for PEER's Zion National Park request.

(2) *An anticipated schedule for processing and producing such documents*: NPS anticipates providing a final release on the Zion National Park request by May 24, 2024.

(3) *Any substantive areas of disagreement between the parties*: The parties are working through a minor question on the Bryce Canyon release and do not anticipate any substantive areas of disagreement. With respect to the Glacier release, PEER's review of the documents led to several questions about records that NPS might not have yet released; the Parties are working through these questions currently.

The parties anticipate continuing to work in good faith to resolve any disputes. Accordingly, the parties jointly request that the Court permit them to file another Joint Status Report no later than July 24, 2024.

May 22, 2024                              Respectfully submitted,

/s/ Laura Dumais
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
Tel: (202) 265-7337
ldumais@peer.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   <u>/s/ L'Shauntȇe J. Robertson</u>
L'SHAUNTEE J. ROBERTSON
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729

*Attorneys for the United States of America*