UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>    Plaintiff,<br>v.<br><br>NATIONAL PARK SERVICE<br><br>    Defendant. | Civil Action No. 23-03690 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 22, 2024 Minute Order, Plaintiff Public Employees for Environmental Responsibility ("PEER") and Defendant National Park Service ("NPS"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the progress in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiff brought this action under FOIA to obtain records it had requested in several separate FOIA requests submitted between 2020 and 2023 regarding three National Park Service units: Glacier, Zion, and Bryce Canyon National Parks. *See* Complaint ¶ 2. At the time it filed this lawsuit, PEER had received some responsive documents for the Glacier National Park request, but none for the other two. Per the Court's Minute Order referenced above, the parties provide the following updates:

(1) ***Any documents still to be produced pursuant to FOIA***: NPS has made substantial progress since PEER filed this lawsuit. On April 12, 2024, NPS provided its fourth and final response on PEER's Glacier National Park request (NPS-2021-00138) and its second and final response on PEER's Bryce Canyon National Park request (NPS-2023-003505). On May 23, 2024, NPS provided its second and final response on PEER's Zion National Park

1

request (NPS-2023-005782). The Parties are working through some questions on these requests.

(2) ***An anticipated schedule for processing and producing such documents***: NPS anticipates providing a final release on the Glacier National Park request by August 2, 2024. This release entails re-sending records previously provided that were corrupted and unreadable by PEER.

***Any substantive areas of disagreement between the parties***: The parties are working through minor questions on the Bryce Canyon release and Zion Canyon release and do not anticipate any substantive areas of disagreement. NPS anticipates providing clarification on questions proffered by PEER on July 8 and 15, 2024 that pertain to previously provided materials.

The parties anticipate continuing to work in good faith to resolve any disputes. Accordingly, the parties jointly request that the Court permit them to file another Joint Status Report no later than September 24, 2024.

Dated: July 22, 2024

*/s/ Laura Dumais*
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
Tel: (202) 265-7337
ldumais@peer.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*