UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>     Plaintiff,<br>v.<br><br>NATIONAL PARK SERVICE<br><br>     Defendant. | Civil Action No. 23-03690 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 24, 2024 Minute Order, Plaintiff Public Employees for Environmental Responsibility ("PEER") and Defendant National Park Service ("NPS"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the progress in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiff brought this action under FOIA to obtain records it had requested in several separate FOIA requests submitted between 2020 and 2023 regarding three National Park Service units: Glacier, Zion, and Bryce Canyon National Parks. *See* Complaint ¶ 2. Since the July 24, 2024 Joint Status Report, ECF No. 14, the parties have entered settlement discussions. The parties anticipate that they will likely reach a resolution without the need for further intervention of the Court. Accordingly, the parties jointly propose to file another Joint Status Report no later than November 22, 2024 to update the Court on the status of their discussions.

1

Dated: September 24, 2024

/s/ Laura Dumais
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental
Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
Tel: (202) 265-7337
ldumais@peer.org

Counsel for Plaintiff

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: /s/ L'Shauneé J. Robertson
       L'SHAUNTEE J. ROBERTSON
       DC Bar # 980248
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       Phone: (202) 252-1729
       lshauntee.robertson@usdoj.gov

Attorneys for the United States of America